CL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
|  | : | Crim. A. 05-592 (SRC) |
| v. | : | |
|  | : | **ORDER** |
| WILLIAM MAYES, | : | |
| Defendant. | : | |

**Chesler, U.S.D.J.**

This matter having come before the Court on the request for a reduction in sentence filed by *pro se* Defendant William Mayes, [Docket item 24]; and

**IT APPEARING** that Defendant is asking the Court to reconsider and reduce his sentence based on the conditions at Passaic County Jail, in Paterson, New Jersey, where Defendant was held during the five months of his pre-sentence confinement, and which Defendant describes as "extreme[ly] harsh" and "painful"; and it further

**APPEARING** that Defendant cites to *U.S. v. Carty*, 264 F.3d 191, 196 (2d Cir. 1981), in which the Second Circuit Court of Appeals found that the sentencing court erred in finding that it lacked authority to consider the defendant's application for downward departure based upon the conditions of his pre-sentence confinement, and explaining that at the time of sentencing courts may consider pre-sentence conditions of confinement as a basis for downward departure from the sentencing guidelines; and it further

**APPEARING** that Plaintiff is not arguing that the Court erred in his sentence, and that at his sentencing hearing, Plaintiff did not request a downward departure based on the conditions of his pre-sentence confinement; and it further

**APPEARING** that courts "may not modify a term of imprisonment once it has been imposed" except: (1) upon motion of the Director of the Bureau of Prisons, (2) where expressly permitted by statute or Rule 35 of the Federal Rules of Civil Procedure; or (3) where a "a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)," 18 U.S.C. § 3582 (c); and it further

**APPEARING** that none of the requirements set forth in Title 18 of the United States Code, Section 3582(c) are present in this case, and the Court does not have jurisdiction to reduce Defendant's sentence; therefore

**IT IS** on this 27th day of June 2008,

**ORDERED** that Defendant's request for reconsideration and reduction of sentence is denied.

      s/ Stanley R. Chesler
      Stanley R. Chesler
      United States District Judge